George Kanzler, complainant-appellant,

*v.*

Mary A. Smith et al., defendants-respondents.

[Submitted February 14th, 1941. Decided April 25th, 1941.]

412

414

416

418

*Mr. Samuel Koestler* and *Mr. Melvin J. Koestler,* for the complainant-appellant.

*Mr. Fred A. Lorentz,* for the defendants-respondents.

PER CURIAM.

The order under review will be affirmed, for the reasons expressed by Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 15.

*For reversal*—None.